**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                            CASE NO.:   3:05cr119/MCR

ANA ENCINIA

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the Defendant, ANA ENCINIA, to Counts I and II of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 20th day of March, 2006

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**