IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case No: 3:05cr119/MCR
      3:07cv173/MCR/MD

ANA ENCINA
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 8, 2007. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 41) is DENIED.

DONE AND ORDERED this 7th day of September, 2007.

　　　　　　　　　　　　　　　　　　_s/ M. Casey Rodgers_
　　　　　　　　　　　　　　　　　　M. CASEY RODGERS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE